3·17·15

73,971-02

Abel Acosta, Clerk
Criminal Courts of Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: WR-73,971-02

Abel Acosta:

I wish to appeal the decision of the Court to deny my motion for "Dismissal for failure to Provide Constitutional Right to a Speedy Trial".

Respectfully Submitted

Steven Mitchell Gary

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk